IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RENARDO D. AARON, #209 884, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:17-CV-866-WHA [WO] |
| ANGIE BAGGETT, *et al.*, | ) ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 27, 2018. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

An appropriate judgment will be entered.

Done, this 27th day of March 2018.

        /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE